UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONID KRYKUNENKO, | Case No. 5:26-cv-1601-CV (DTBx) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERETI SEMAIA, *et al.*, | |
| Respondent. | |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED**

**IT IS SO ORDERED**.

Dated: 4/15/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1